In the Matter of the Claim of ANNA CHERVINSKI, Respondent, against LEHIGH VALLEY RAILROAD COMPANY, Appellant.

STATE INDUSTRIAL BOARD, Respondent.

Argued January 8, 1941; decided January 23, 1941.

*William M. Fay* and *Vincent P. Sennett* for appellant.

*John J. Bennett, Jr., Attorney-General (Roy Wiedersum* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.